486 A.2d 1328

In re REAPPORTIONMENT OF SCHOOL DISTRICT OF the CITY OF PITTSBURGH.

SCHOOL DISTRICT OF PITTSBURGH, Appellant

v.

Theodore A. VAN WORMER.

Supreme Court of Pennsylvania.

Argued Jan. 24, 1985.

Decided Feb. 7, 1985.

Robert J. Stefanko, Pittsburgh, for appellant.

William A. Penrod, Pittsburgh, for Van Wormer.

Allan J. Opsitnick, Ira Weiss, Office of County Sol., Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Orders affirmed.

## JUDGMENT

ON CONSIDERATION WHEREOF, it is now here ordered and adjudged by this Court that the judgments of the COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, be, and the same are, hereby affirmed.